Isabelle Parker Singer, Respondent, v. Charles Cook Singer, Appellant.— Order directing payment of alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

Thomas J. Smith, Appellant, v. Richard E. Weldon and George Kent Weldon, Respondents. — Order in so far as it grants a stay of execution reversed on the law, with ten dollars costs and disbursements, and motion for stay denied, with ten dollars costs. The Special Term was without power in this action to stay proceedings in the City Court action between the plaintiff herein and the National Surety Company. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.